UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------- 2:07-cv-04420
CITY OF PERTH AMBOY,                                            (WJM)(MF)

               Plaintiff,

       - against -                                     CONSENT AND ORDER
                                                                  TO CHANGE ATTORNEYS

SAFECO INSURANCE CO. OF AMERICA,

               Defendant.
--------------------------------------------------------------

       IT IS HEREBY CONSENTED THAT the firm of Torre, Lentz, Gamell, Gary & Rittmaster, LLP, 100 Jericho Quadrangle, Suite 309, Jericho, New York 11753, be and is substituted as the attorneys of record for defendant Safeco Insurance Company of America (sued herein as "Safeco Insurance Co. of America"), in the above-captioned matter in place and stead of Cole, Schotz, Meisel, Forman & Leonard, P.A. as of the date hereof.

       For the purposes of this consent, the parties hereto have agreed that facsimile signatures are acceptable and that this Stipulation may be signed in counterparts and filed in such form.

Dated:     Jericho, New York
           September 24, 2007

COLE, SCHOTZ, MEISEL, FORMAN &       TORRE, LENTZ, GAMELL, GARY &
LEONARD, P.A.                         RITTMASTER, LLP

By: _____         By: _____
     Sean M. Lipsky                        Kevin M. Gary
Outgoing Attorneys for Defendant       Incoming Attorneys for Defendant
   Safeco Insurance Company of America    Safeco Insurance Company of America
25 Main Street                         100 Jericho Quadrangle, Suite 309
Hackensack, New Jersey 07602-0800     Jericho, New York 11753-2702
(201) 489-2000                         Telephone: (516) 240-8900
                                                             Facsimile: (516) 240-8950
                                                             Email:   kgary@tlggr.com

Dated: Hoffman Estates, Ill.
       September 24, 2007

SAFECO INSURANCE COMPANY OF AMERICA

By: _____
    Ann T. Hester
    Senior Surety Claims Representative


Dated: Newark, New Jersey
      ~~September ___, 2007~~
      October 4, 2007

SO ORDERED:

_____
William J. Martini, U.S.D.J.

110192 v1

2