UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------X        2:07-cv-04420

CITY OF PERTH AMBOY,                                                        (WJM)(MF)

                                        Plaintiff,                          ORDER ADMITTING
                                                                            BENJAMIN D. LENTZ
                 - against -                                                PRO HAC VICE

SAFECO INSURANCE CO. OF AMERICA,

                                        Defendant.

-------------------------------------------------------------X

 

 

         This matter having been opened to the Court upon the application of Kevin

M. Gary, Esq. of Torre, Lentz, Gamell, Gary & Rittmaster, LLP, attorneys for defendant

Safeco Insurance Company of America ("Safeco") for an Order pursuant to Local Civil

Rule 101.1(c) permitting Benjamin D. Lentz, an attorney in good standing in the bar of

the highest court of the State of New York, to appear and participate in this action *pro

hac vice*, and having considered the Certifications of Kevin M. Gary and Benjamin D.

Lentz, it appears to the satisfaction of the Court that there is good cause for the *pro hac

vice* admission of Benjamin D. Lentz.

         Therefore, it is on this ___17___ day of ___Oct___, 2007

         ORDERED that Benjamin D. Lentz is admitted *pro hac vice* to appear and

participate as an attorney in this litigation for defendant, Safeco, subject to the conditions

of this Order; and it is

         FURTHER ORDERED that Benjamin D. Lentz shall abide by the Local

Civil Rules of the United States District Court, District of New Jersey; and it is

   FURTHER ORDERED that Benjamin D. Lentz shall notify the Court immediately of any matter affecting his standings at the bar of any other court; and it is

   FURTHER ORDERED that all pleadings, briefs and other papers filed with the Court shall be signed Kevin M. Gary, an attorney at law of this Court, and upon whom shall be held responsible for him and for the conduct of the cause and of Benjamin D. Lentz; and it is

   FURTHER ORDERED that Benjamin D. Lentz shall make payment to the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a) for any year I which Benjamin D. Lentz continues to represent a client in a matter pending in this Court; and it is

   FURTHER ORDERED that Benjamin D. Lentz shall make payment of $150.00 payable to the Clerk of the Court, per Local Rule 101.1(c)(3); and it is

   FURTHER ORDERED that a copy of this Order shall be forwarded to the Treasurer of the New Jersey Fund for Client Protection.

William J. Martini, U.S.D.J.

OPPOSED _____
UNOPPOSED _____

**MARK FALK**
U.S. Magistrate Judge

110148 v2